# COMPLAINT FORM

(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____

(Full name of plaintiff(s))
Heru Spencer

vs

(Full name of defendant(s))
the church of prismatic light

Tiffany Wait, Katrina rose Wolff

Jeri Clark, Ida Hamilton

Case Number:

**22 CV 257 WMC**

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of _____Oklahoma_____ and resides at
(State)
3030 Northwest Expressway, Suite 200, #126, Oklahoma City 73112
(Address)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant __Tiffany Wait__
(Name)

is (if a person or private corporation) a citizen of __Oklahoma__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __the church of prismatic light 3030 Northwest Expressway, Suite 200, #126, Oklahoma City 73112__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

## B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Tiffany Wait, Ida Hamilton, Jeri Clark, Katrina rose Wolff, used my intellectual property the mark "The Church of Prismatic Light" to start their company in Oklahoma

on 4/18/2022 Tiffany started to post the name as her own to social media TikTok, saying she started a church call "The Church Of Prismatic Light"

I started a church and created that name 05/02/2020 and have been using that and two other names for my church since 05/02/2020

I filed a trademark for the name and am currently waiting for it to be approved. Tiffany Wait & all listed are in violation of intellectual

trademark & copywriter infringement. I am seeking an injunction as they are using my intellectual property on their website

& social media as well as creating merchandise. I am also seeking damages.

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 7,500,000.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I am seeking damages as per the trademark violation fine penalty which is $150,000

there are over 300 violations, however I am only asking for a fraction of that.

Also I am requesting they cease forever use of my intellectual property and ideas, which they stole.

I am requesting she write a public letter and statement of apology and clarification of who started

The church and who's property the name belongs to, also stating credit of said idea to me, publicly.

E.  JURY DEMAND

[✓] Jury Demand – I want a jury to hear my case
     OR
[ ] Court Trial – I want a judge to hear my case

Dated this __09__ day of __may__ 20__22__.

Respectfully Submitted,

_/s/_

Signature of Plaintiff

__406 219 6300__
Plaintiff's Telephone Number

__president@jediorder.org__
Plaintiff's Email Address

__501 N Henry St #610__
__Madison, WI 53703__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE:

[✓] I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ] I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.