Case # 22CV257

# Affidavit

STATE OF WISCONSIN
COUNTY OF DANE

DOC NO REC'D/FILED 2022 MAY 11 PM 1:36 PETE... CLERK...

The undersigned, HERU SPENCER, being duly sworn, hereby deposes and says:

1. I am over the age of 18 and am a resident of the State of Wisconsin. I have personal knowledge of the facts herein, and, if called as a witness, could testify completely thereto.

2. I suffer no legal disabilities and have personal knowledge of the facts set forth below.

3. I sent tiffany Wait and defendants a letter informing them of the injunctive relief & provided them the evidence i provided to the court, via mail & email.

I declare that, to the best of my knowledge and belief, the information herein is true, correct, and complete.

Executed this  11  day of  May , 20 22 .

_____
HERU SPENCER

## NOTARY ACKNOWLEDGMENT

STATE OF WISCONSIN, COUNTY OF DANE, ss:

This Affidavit was acknowledged before me on this _____ day of _____, _____ by HERU SPENCER, who, being first duly sworn on oath according to law, deposes and says that he/she has read the foregoing Affidavit subscribed by him/her, and that the matters stated herein are true to the best of his/her information, knowledge and belief.

_____
Notary Public

_____
Title (and Rank)

My commission expires _____