Your Honor,

I have sent tiffany Wait a copy of the complaint & evidence, I am begging this court for relief from the online social media slander, the defamation, the harassment & death threats in retaliation to my filing this lawsuit from her, her board & her followers. Mine & my religious organizations public reputation is ruined beyond repare.

Heruspencer

5/22/22