Honorable Judge,
Please be advised these are exhibits for the temporary restraining order request.
A.1 A.2 A.3 are videos in which they slander, defame and libel me and the religious organization. The pictures included show the date which the videos have been online since about a month, video A.4 shows tiffany telling her fans the next day to not attack me or harass me which was 5/21/2022 the day after they were sending me death threats and one of them had already physically assaulted me on 5/17/2022. B.1 B.2 B.3 all show how tiffany is going on the news and getting publicity falsely claiming the church of prismatic light as her religion, B.3 shows how tiffany wait will be going to new York to go on msnbc and jimmy fallon the tonight show next week, and on june13th 2022 she will be fund raising live on one of these programs at the stonewall center. If she is able to do this the public will 100% believe she founded the church and it will cause me and the religion I founded " church of prismatic light" public damage which we will not recover especially with the slander videos being viewed by millions.
/Heru Spencer/

FILED/REC'D
2022 JUN -8 P 12:01
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI