Your Honorable Judge,   Case # 22-CV-257
Here are two addresses for Tiffany Wait.
Current address for the church of prismatic light , Tiffany Wait AKA Tiffany Holloway
6000 E Reno Ave , Midwest City, OK 73110
Other possible address
1601 SW 41st ST. Oklahoma City,OK73119-3723
Phone 409-877-3314
817-268-0085, 405-834-1941

Do not have appartment # for 6000 E Reno Ave address Because I'm a civilian the office cant give out that information But the US Marshals should Be able to attain that.

6/10/22