# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| Heru Spencer <br> *Plaintiff(s)* <br> v. <br> The Church of Prismatic Light, et al. <br> *Defendant(s)* | Civil Action No. 22-cv-257-wmc |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
  Tiffany Wait
  The Church of Prismatic Light
  6000 E Reno Ave.
  Midwest City, OK 73110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  Heru Spencer
  501 N. Henry St. #610
  Madison, WI 53703

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/16/2022

*Signature of Clerk or Deputy Clerk*

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Heru Spencer | 22-cv-257-wmc |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Tiffany Wait | CIVIL, summons and complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Tiffany Wait

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
6000 E Reno Ave, Midwest City, OK 73110

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Heru Spencer
501 N. Henry St. #610
Madison, WI 53703

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | No |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Other possible address:
1601 SW 41st ST. Oklahoma City, OK 73119-3723
Phone nos. 409-877-3314,
817-268-0085, 405-834-1941

Signature of Attorney other Originator requesting service on behalf of: [signature] deputy clerk
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (608) 264-5156, press #1
DATE: 6/16/22

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (complete only different than shown above) | Date | Time ☐ am ☐ pm |
|---|---|---|
| | | |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80