USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Heru Spencer | 22-cv-257-wmc |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| The Church of Prismatic Light | CIVIL, summons and complaint |

FILED/REC'D
2022 JUL 12 P 4:00

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI
#1025

RECEIVED-MADISON

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The Church of Prismatic Light
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
6000 E Reno Ave, Midwest City, OK 73110

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Heru Spencer
501 N. Henry St. #610
Madison, WI 53703

RECEIVED
JUL 05 2022
U.S. MARSHALS W/OK

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | No |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Other possible address:
1601 SW 41st ST. Oklahoma City, OK 73119-3723
Phone nos. 409-877-3314,
817-268-0085, 405-834-1941

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] deputy clerk | | (608) 264-5156, press #1 | 6/16/22 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 90 | District to Serve No. 64 | Signature of Authorized USMS Deputy or Clerk | Date 6/21/2022 |
|---|---|---|---|---|---|
| | 1 | | | [signature] | |

I hereby certify and return that I ☒ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Tiffany Wait

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | |
|---|---|---|
| 07-08-22 | 1430 | ☐ am ☒ pm |

Signature of U.S. Marshal or Deputy
[signature]

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | | | 65.00 | | $0.00 |

REMARKS:
Met with tiffany wait

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Heru Spencer | 22-cv-257-wmc |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Tiffany Wait | CIVIL, summons and complaint |

FILED/REC'D
2022 JUL 12 P 4:00
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI
#1025

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Tiffany Wait
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
6000 E Reno Ave, Midwest City, OK 73110

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Heru Spencer
501 N. Henry St. #610
Madison, WI 53703

RECEIVED
JUL 05 2022
U.S. MARSHALS W/OK

RECEIVED-MADISON

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | No |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Other possible address:
1601 SW 41st ST. Oklahoma City, OK 73119-3723
Phone nos. 409-877-3314,
817-268-0085, 405-834-1941

| Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| *signed* deputy clerk | (608) 264-5156, press #1 | 6/16/22 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 90 | District to Serve No. 64 | Signature of Authorized USMS Deputy or Clerk | Date 6/21/2022 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that [X] I have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[X] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time |
|---|---|
| 07-08-22 | 1430 [X] pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 8.375 | | 73.375 | | $0.00 |

REMARKS: Met with Tiffany Wait

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Heru Spencer | 22-cv-257-wmc |
| DEFENDANT | TYPE OF PROCESS |
| Katrina Rose Wolff | CIVIL, summons and complaint |

FILED/REC'D 2022 JUL 12 P 4:01 CLERK OF COURT U.S. DISTRICT COURT WD OF WI

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Katrina Rose Wolff
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
6000 E Reno Ave, Midwest City, OK 73110   #1025

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Heru Spencer
501 N. Henry St. #610
Madison, WI 53703

RECEIVED JUL 05 2022 U.S. MARSHALS W/OK

RECEIVED MADISON

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | No |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Other possible address:
1601 SW 41st ST. Oklahoma City, OK 73119-3723
Phone nos. 409-877-3314,
817-268-0085, 405-834-1941

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
[signed] deputy clerk
TELEPHONE NUMBER: (608) 264-5156, press #1
DATE: 6/16/22

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 90 | No. 64 | [signed] | 6/21/2022 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Tiffany Wait

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 07-08-22   Time: 1430 ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | | | 65.00 | | $0.00 |

REMARKS:
Met with Tiffany Wait

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Heru Spencer | COURT CASE NUMBER<br>22-cv-257-wmc |
|---|---|
| DEFENDANT<br>Jeri Clark | TYPE OF PROCESS<br>CIVIL, summons and complaint |

FILED/REC'D
2022 JUL 12 P 4:01
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jeri Clark
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
6000 E Reno Ave, Midwest City, OK 73110   #1025

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Heru Spencer
501 N. Henry St. #610
Madison, WI 53703

RECEIVED
JUL 05 2022
U.S. MARSHALS W/OK

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | No |

RECEIVED-MADISON

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Other possible address:
1601 SW 41st ST. Oklahoma City, OK 73119-3723
Phone nos. 409-877-3314,
817-268-0085, 405-834-1941

Signature of Attorney other Originator requesting service on behalf of: [signature] deputy clerk
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (608) 264-5156, press #1
DATE: 6/16/22

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 90 | District to Serve No. 64 | Signature of Authorized USMS Deputy or Clerk [signature] | Date 6/21/2022 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Tiffany Wait

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 07-08-22   Time: 1430 ☒ pm

Signature of U.S. Marshal or Deputy [signature]

| Service Fee 65.00 | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges 65.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:
Met with Tiffany Wait

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Heru Spencer | COURT CASE NUMBER<br>22-cv-257-wmc |
|---|---|
| DEFENDANT<br>Ida Hamilton | TYPE OF PROCESS<br>CIVIL, summons and complaint |

FILED/REC'D
2022 JUL 12 P 4:00
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI
#1025

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ida Hamilton
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
6000 E Reno Ave, Midwest City, OK 73110

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Heru Spencer
501 N. Henry St. #610
Madison, WI 53703

RECEIVED
JUL 05 2022
U.S. MARSHALS W/OK

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | No |

RECEIVED MADISON

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Other possible address:
1601 SW 41st ST. Oklahoma City, OK 73119-3723
Phone nos. 409-877-3314,
817-268-0085, 405-834-1941

Signature of Attorney other Originator requesting service on behalf of: [signature], deputy clerk
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (608) 264-5156, press #1
DATE: 6/16/22

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 90 | District to Serve<br>No. 64 | Signature of Authorized USMS Deputy or Clerk | Date<br>6/21/2022 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Tiffany Wait

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 07-08-22
Time: 1430 ☒ pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee<br>65.00 | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges<br>65.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:
met with Tiffany Wait

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80