UNITED STATES EASTERN DISTRICT COURT OF WISCONSIN

HERU SPENCER,

    PLANTIFF

V.

THE CHURCH OF PRISMATIC LIGHT, JEI CLARK,

IDA HAMILTON, KATRINA WOLFF

DEFENDANTS

FILED/REC'D
2022 JUL 28 P 4: 26
CASE# 3:22-CV-00257
CLERK OF COURT
U.S. DISTRICT COURT
W/D OF WI

PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION FOR AN EXTENSION OF TIME

Plaintiff, HERU SPENCER("FOUNDER OF THE CHURCH OF PRISMATIC LIGHT") respectfully opposes

1. THE PLANTIFF IS ASKING FOR THE RELIEF FROM THE ILEGALL USE OF MY TRADEMARK AND INTELECTUAL PROPERTY WHILE THE COURT DECIDES THE OUTCOME OF THIS CASE IT IS A REASONABLE REQUEST, AND THE DEFENDANT HAS HAD A MONTH TO RESPONG IN WHICH TIME THEY MOCKED THE COURT ( I WILL BE SUBMITTING EVIDENCE) BY FLIPANTLY DISMISSING THE LAWSUIT AND MY CLAIMS PUBLICALLY SLANDERING ME MY ORGANIZATION AND MY AFFILIATION WITH MY OWN ORGANIZATION THE CHURCH OF PRISMATIC LIGHT.
2. THE DEFENDANTS CHOOSE TO US ITS TIME TO SLANDER ME PUBLICALLY ONLINE RATHER THAN SEEK COUNCIL.
3. THE DEFENDANTS IS FUND RAISING USING THE TRADEMARKED NAME "THE CHURCH OF PRISMATIC LIGHT" PUTTING ME AT A DISADVANTAGE AS I CANNOT FUNDRAISE FOR LEGAL DEFENSE USING THE TRADEMARKED NAME AS MY FOLLOWING BASE IS SO MUCH SMALLER.
4. THE DEFENDANTS ARE FALSLEY ADVERTISING THE FUNDS WOULD BE USED FOR TRANS LEGAL FEES WHILE ACTUALLY USING THE FUNDS THEY RAISE TO PAY FOR AN ATTORNEY.
5. THE HAVE KNOWN I WAS SUING THEM SINCE APRIL 30TH PLENTY OF TIME TO GET A LAWYER.
6. IF THE COURT WAITS TILL THE END OF THIS SUIT TO INTERVENE TO THE USE OF THE TRADEMARK AND INTELLECTUAL PROPERTY THEIR WILL BE NO REASON FOR THE SUIT IN THE FIRST PLACE AS TO THE PUBLICS MIND THE PLAINTIFF IS THE INTERLOPER AND HAS BEEN DIVORCED FROM THE

VERY THING HE FOUNDED. PUBLIC OPINION IS MORE POWERFUL THAN EDICT, IF THE PUBLIC PICKS A SIDE IT WILL BE IRRELAVANT WHAT THE OUTCOME OF THIS LAWSUIT IS, MY AND THE CHURCH OF PRISMATIC LIGHTS REPUTATION WILL BE IRREVERIBLY DAMAGED AND THE CHURCH WILL NOT RECOVER. I AM ASKING THE COURT TO INTERVENE TO PREVENT ANY DISTRUCTION OF THE PRIVATE PROPERTY " THE CHURCH OF PRISMATIC LIGHT" IT IS HAS ALREADY SUSTAINED DAMAGE.
7. NIETHER PARTY SHOULD BE ABLE TO USE THE TRADEMARKED PROPERTY TILL IT IS DETERMINED WHO OWNS IT, AS PER THIS LAWSUIT, AND IF THE DEFENDANT CONTINUES TO BE ABLE TO USE THE TRADEMARKED NAME " THE CHURCH OF PRISMATIC LIGHT"  AND ANY VARIATION UNABATED IT WOULD SHOW THE COURTS  FAVORS OF  THE DEFENDANT, BY LETTING THE DEFENDANT USE THE TRADEMARKED NAME FOR FUND RAISING AND IN COMMERCE AND ONLINE.
8. THIS IS A STALLING TACTIC AS IM PRO SE PLAINTIFF AND I HAVE A FULL TIME JOB THE DEFENDANT HAD THIS TIME TO USE THE TRADEMARKED NAME TO FUND RAISE WITH THEIR HUGE FAN BASE TO HIRE AN ATTORNEY. TO FURTHER THE TIME USED FUND RAISING WITH THE TRADEMARKED NAME WILL DISADVANTAGE ME GREATLY.