

## OKLAHOMA SECRETARY OF STATE

| Brian Bingman<br>Secretary of State | 421 N.W. 13th, Suite 210<br>Oklahoma City, OK 73103 | J. Kevin Stitt<br>Governor |

**June 23, 2022**  **RECEIPT**  Page 1 of 1

Attn: HERU SPENCER
THE CHURCH OF PRISMATIC LIGHT
PO BOX 1376
BOZEMAN MT 59771

**Client ID:** 305463203
**Session ID:** 59771

**Process Date:** 06/23/2022  **Receive Date:** 06/22/2022

| Document Number | Document Detail | Filing Number | Entity Name | Page Count | Fee |
|---|---|---|---|---|---|
| 55135040002 | Trademark Registration | 13146906 | THE CHURCH OF PRISMATIC LIGHT | | $50.00 |
| 55135040003 | Credit Card Surcharge Document | | | | $2.00 |
| | | | **Total Document Fees** | | **$52.00** |

| Payment Type | Payment Reference | Amount |
|---|---|---|
| Credit Card | ****xxxxxxxx1463 | $52.00 |
| | **Total Payments Received** | **$52.00** |

*Note:* Any overpayment will be refunded within 15 days of receipt of written request, or an automatic refund will be issued in 60 days
Evidence of Filed Document(s) or Orders(s) requested is enclosed.
**Please include Client ID number on all correspondence.**

Office (405)521-3912    www.sos.ok.gov    Fax (405)521-3771