4:01                                        5G

< **WildfireSmile**                    🔔    •••
   she/her/hers



@wildfiresmile

**693**              **405.0K**            **4.1M**
Following           Followers            Likes

Message          👤✓          ▼

Just a mom who preps 🤍

⁇ Q&A

🌐 Supporting: UNHCR

◎ Tips

|||                                      ♡⊘

▷ Prepping Videos!





10:06

**13 comments**   ✕

**wildfiresmile** · Creator
📌 Pinned   I care about my safety and my kids safety, I don't condone retaliation, I will handle this in the legal system. Love you guys.
18h   Reply
♡ 35

    **e.f.gordon**
    The best thing People can do is ignore attention seekers. Take care of yourself and stay safe.
    18h   Reply
♡ 4

    Hide ︿

**tabbygcat**
I've blocked every account I found on TT related to him and his followers. No thank you.
18h   Reply
♡ 8

**athena8643**
Cool design. When are you coming out with shirts with that on them?
17h   Reply
♡ 3

Add comment...   @ 🎁 ☺



10:07

13 comments

athena8643
Cool design. When are you coming out with
shirts with that on them?
17h  Reply
♡ 3

jeri_prismatistpriestx
Soon! I have the designs ready to go!
16h  Reply
♡ 4

Hide ∧

syd_layne
@wildfiresmile so kinda unrelated but can
we become ordained to be a legal wedding
officiant under the church or prismatic
light??
15h  Reply
♡

View replies (1) ∨

darknlovelyanita
Please stay safe
16h  Reply
♡ 1

juliecol1
🤍
♡

Add comment...



**10:07**

13 comments

**juliecol1**
🤍
18h  Reply

**addasin28**
Ya might want to keep that stuff to yourself rather than telling your followers. You know better
18h  Reply

**wildfiresmile** · Creator
Clearing up misinformation is important on social media.
36
18h  Reply

**kristihackworth68** ▸ wildfiresmile
Keeping us posted keeps us all safe. Thank you for sharing.
11
18h  Reply
Liked by creator

**ballheadscallywagg**
girl shut the hell up
6
18h  Reply

Hide ⌃

 Add comment...    



**73 comments**    ✕



**blucat.luca**
I am so sorry this is happening. I will keep
an eye out! Stay safe
1d  Reply
Liked by creator
♡
18

**lisamwilson0**
got my eyes open and ears to the ground.
so sorry you're going through this.
1d  Reply
Liked by creator
♡
7

**mamabee0904**
Lady you need to move to a blue state
before things get crazy. I'm so sorry that
happened to you 🥺 🥺
1d  Reply
View replies (1) ⌄
♡
8

**shamarr41**
I Was just recently bullied by another Tiktok
because I unfollowed her because I was
not interested in dating her She post all my
information
♡
8

 Add comment...      



10:07

**73 comments**                                    ✕

**fat_tuxedo_cat**                                  ♡
Jesus fucking Christ 😳                              1
1d   Reply

                                          Hide ∧

**airecalutz5**                                     ♡
Look at these bullies. Really over a mother          5
protecting all living people no judgment. U
go girl. 😘
1d   Reply
Liked by creator

**mercy..me**                                       ♡
Were you interested in and/or able to get            3
the book "Antogonists in the Church"? It
has good tips for dealing with challenging
people.
1d   Reply

View replies (3) ∨

**deedeec71**                                       ♡
Take care sweetie! Stay safe!                        2
1d   Reply

**gutsyhalfling**                                   ♡

Add comment...              @  🎁  😮



**73 comments**                                            ✕

**mercy..me**                                               ♡
Were you interested in and/or able to get                  3
the book "Antogonists in the Church"? It
has good tips for dealing with challenging
people.
1d   Reply

   **jeri_prismatistpriestx**                ♡
   I will look it up! I am a voracious reader  1
   1d   Reply

   **mercy..me** ▸ **jeri_prismatistpriestx**  ♡
   It helped bunches when I was co-
   leading a large popular group.
   1d   Reply

   **mercy..me**                               ♡
   Antagonists*
   1d   Reply

                   Hide ⌃

**deedeec71**                                              ♡
Take care sweetie! Stay safe!                              2
1d   Reply

**gutsyhalfling**                                          ♡

Add comment...                      @   🎁   ☺



10:07

**73 comments**                                    ✕

gutsyhalfling
I'll do what I can.
1d   Reply                                          ♡
                                                    2

smile.cryptid
please get security cameras and alarms             ♡
1d   Reply                                          2
View replies (1) ⌄

tallow.n.beeswax
I'm so sorry to hear that this is happening        ♡
1d   Reply                                          1

bellarosesmom
I'm so very sorry this is happening to you &        ♡
your family. Why is it when people like you         2
try to do good in the world other people
tear you down?
1d   Reply

themilitaryminnie
Got my eyes out babes. We got u.                    ♡
1d   Reply                                          1

chloejohnson92

Add comment...                        @   🎁   ☺



**10:07**

73 comments   ✕

 **chloejohnson92**
Your teen is the COOLEST! Your lives when
he was on were so, so fun
1d  Reply
Liked by creator
♡ 2

 **cynthiamobes**
I'm sorry
1d  Reply
♡ 1

 **aktawny**
I hope this gets dealt with quickly. 
1d  Reply
♡ 1

 **notnow223386**
I'll do whatever you need. I also have a
trans child.
1d  Reply
♡ 1

 **obsidianscrow**
Nope! We do not go after our children. This
started to protect our children. Now we get
to support you  
20h  Reply
♡ 1

 Add comment...   @ 🎁 ☺



10:08

73 comments


**chronicallyweird**
what in the...this is way too much. we as adults can make the choice to deal with things like this... (1)
1d   Reply

View replies (1) ∨


**haleydavis1126**
I'm sorry this is happening to y'all I hope y'all are safe and stay safe
1d   Reply


**jessicareisel**
Oh hell no. Mama's we ride at dawn..no mama or child is being targeted. Is there anyway we can help?
23h   Reply


**arizonaangel2001**
Be safe and do what you need to do to protect you and your babies if I see anything I will let you know
10h   Reply

Add comment...



**10:08**

**73 comments**                                        ✕



**doodlebuglori**
thank you I'll keep my eye out .
16h  Reply

**3fornana**
Who is it
1d  Reply

**shamarr41**
Tiktok needs to do better about allowing
certain things to be post on here it took
months for them to take down post they
gave her page back to her 🙄
1d  Reply
Liked by creator

7

**kels8830**
What is the best way to let you know?
Instagram?
1d  Reply

**ptcglass**
So not ok!
1d  Reply

4

 Add comment...            



**10:08**

---

**73 comments** ✕

**eris1laughs**
JFC what's this dudes problem!?
1d  Reply
Liked by creator

View replies (1) ⌄

♡
2

**freshh.starts**
that's too far. I reported to George Lucas for his copyright infringement.
1d  Reply
Liked by creator

View replies (1) ⌄

♡
10

**beardednikkie77**
my son has asked me not to post him on TT so I understand protecting him from this app. people are disgusting
1d  Reply

♡
3

**cynthiamobes**
This is crazy
1d  Reply

♡
1

**alienhead_emoji**

♡

 Add comment...

  



10:08

73 comments

**alienhead_emoji**
Wtf is wrong with people. You are so good and sweet. Y'all don't deserve that crap.
39m  Reply

**da_queen_yaya**
Hit him Momma Bear
10h  Reply

**novarot**
I will be keeping an eye out! 🔪🔪
20h  Reply

**racquelmarose**
I'll be on the lookout! Stay safe dear 🤍
1d  Reply

**mdrosado**
Please stay safe! 😱
1d  Reply

**fat_tuxedo_cat**
he's saying he started the church and you stole it
1d  Reply

Add comment...



**10:08**

**73 comments**                                        ✕

Id  Reply



xxdeadrozexx                                           ♡
                                                        2
Some guy on fb said that she stole the
church from someone else. I'm like
sure dude....🙄
1d  Reply

fat_tuxedo_cat ▸ xxdeadrozexx                          ♡
their church have different names😂
😂
1d  Reply

fat_tuxedo_cat ▸ xxdeadrozexx                          ♡
he's on tiktok
1d  Reply

xxdeadrozexx ▸ fat_tuxedo_cat                          ♡
idk what guy was it but he said she                     1
stole the name and idea from someone
else and had some kind of ss
20h  Reply

fat_tuxedo_cat                                         ♡
though you both have different church
names
1d  Reply

fat tuxedo cat

 Add comment...          



10:08

73 comments

fat_tuxedo_cat
there's something off about him
1d  Reply
Liked by creator

6

Hide ∧

bossyann48
I started following early on
1d  Reply

1

mandodrake
@thatdaneshguy
1d  Reply

fredbue0u
have you considered bringing a defamation
suit against him, you have evidence of this
with all his posts about you
1d  Reply

23

wildfiresmile · Creator
Yes we are
1d  Reply

26

View replies (3) ∨

Add comment...

  



10:08

**73 comments**                                    ✕



luzil0 ▸ wildfiresmile

Hey i found a location posted with
doxing info. I don't want to share here,
can I pm you? You might already know
about it

1d  Reply

♡
3

wildfiresmile ▸ luzil0

Yes please email at Tiffany at
prismaticlightchurch dot org

1d  Reply

♡
4

csands1330 ▸ wildfiresmile

Keep up the good fight! I am so sorry
you're going through this. Be Safe!!
Prayers & Love to you & your loved
ones.

1d  Reply

Liked by creator

♡
1

Hide ∧

shawnstevens8

this ass comes on my FYP often since I.
became a member and I think he's
psychotically jealous of all we have

♡
12

 Add comment...            



**10:08**

73 comments                                    ✕

Hide ∧

 **shawnstevens8**                              ♡
this ass comes on my FYP often since I.          12
became a member and I think he's
psychotically jealous of all we have
achieved...I will keep an eye and report
1d   Reply

View replies (4) ∨

 **shawnstevens8**                              ♡
can he not accept that there can be more         10
than just his "religion"..and how dare he
use children to do this
1d   Reply

     **wildfiresmile** · Creator          ♡
    The sad thing is I tried to be nice at first     3
    and it wasn't enough. Nothing stops
    this guy.
    1d   Reply

 **shawnstevens8**                              ♡
I have seen his posts....wtf...he is horrible     9
and is literally trying to gatekeep and using
lies and agression like this to do it..

Add comment...                    @  🎁  ☺



10:08

**73 comments**                                    ✕

 **shawnstevens8**                              
I have seen his posts....wtf...he is horrible           9
and is literally trying to gatekeep and using
lies and agression like this to do it..
disgusting
1d  Reply
Liked by creator

View replies (1) ∨

 **robin5514**                                
I will keep my eyes open and report to you          5
& the FBI ASAP. Including screen shots.
1d  Reply
Liked by creator

 **aquariasmoonsoak4aspell**                  
This person is a menace to society. When            2
you bring real children in, it's targeting. This
is at minimum vile and most likely illegal.
1d  Reply
Liked by creator

 **michaelkanebrooks**                       
I reported the account for harassment and

 Add comment...          



10:08



73 comments                                    ✕



**shawnstevens8**                                ♡
I have seen his posts....wtf...he is horrible    9
and is literally trying to gatekeep and using
lies and agression like this to do it..
disgusting
1d   Reply
Liked by creator

 **fat_tuxedo_cat**                        ♡
yep. there's something off about him. I    5
said it under my comment. he's creepy
1d   Reply
Liked by creator

Hide ⌄



**robin5514**                                    ♡
I will keep my eyes open and report to you       5
& the FBI ASAP. Including screen shots.
1d   Reply
Liked by creator



**aquariasmoonsoak4aspell**                      ♡
This person is a menace to society. When         2
you bring real children in, it's targeting. This

 Add comment...            



**73 comments** ✕

 aquariasmoonsoak4aspell

This person is a menace to society. When you bring real children in, it's targeting. This is at minimum vile and most likely illegal.

1d   Reply

Liked by creator

 2

 michaelkanebrooks

I reported the account for harassment and doxxing you and your minor child. Who knows, but I couldn't do nothing.

1d   Reply

Liked by creator

 3

 golden_years_52

He was talking to me and I did report him. I didn't bring it and I'm sorry for that.

1d   Reply

View replies (1) ⌄

 3

 transtimekeeper

if you harass us minors on the internet for fun get new hobbies 💀 it's 2022

1d   Reply

 2

 Add comment...

  



10:09

**181 comments** ✕

wildfiresmile · Creator
Now he is telling people my child isn't trans. Targeting my child. Insanity.
1d  Reply

♡
49

wildfiresmile ▸ wildfiresmile
#greenscreen



1d

♡
9

transcenderic
Wtf 😭😭😭😭😭
1d  Reply
Liked by creator

♡
1

Hide ⌃

thespiritualstudent
I am so sorry you're having to deal with this. Anything we can do to help?
1d  Reply

♡
40

wildfiresmile · Creator

♡

 Add comment...                @ 🎁 ☺



**10:09**

181 comments ✕

Hide ⌃

 thespiritualstudent
I am so sorry you're having to deal with
this. Anything we can do to help?
1d  Reply

♡
40

  wildfiresmile · Creator
  If you see doxxing or threats save the
  video and send to fbi.gov/tips
  1d  Reply

♡
57

View replies (1) ⌄

 sterk_acres
Thank you for sharing and sending
protection to you 👀
1d  Reply
Liked by creator

♡
6

 golden_years_52
I knew nothing about him but a mutual
made a video saying they left the church bc
you stole the idea. I have been fighting with
him and his bro. but
1d  Reply

♡
16

Add comment...     



10:09

**181 comments**                                    ✕

him and his bro. but

1d  Reply

Liked by creator

 golden_years_52                                ♡
                                                        2
damn they are annoying. Claims to
have a 501 c 3 for cpl and is posting
that crap. He claims to just want
acknowledgement and to be a part of
it.

1d  Reply

 golden_years_52 ▸ golden_years_52          ♡
                                                        4
He is nuts! He has been watching all
parts of the church so he is on discord
etc... idk if you know.

1d  Reply

Liked by creator

 wildfiresmile ▸ golden_years_52              ♡
                                                        3
He definitely does not. He also lied to
the court saying he lived in a state he
did not and misreporting his earned
income

1d  Reply

View more (4) ⌄                                Hide ⌃

 Add comment...                



10:09

**181 comments**                                    ✕

1d  Reply

 golden_years_52  ▸  wildfiresmile          
All of his videos are gone now. teehee
but they are on another guys page. I
could tell they were fake docs I guess
some can't.
1d  Reply

 wildfiresmile  ▸  golden_years_52        
They are up on his                                    3
churchofprismaticlight @. Literally stole
our name to dox me
1d  Reply

 jeri_prismatistpriestx  ▸  golden_years_52   
No I can see them. I just want this guy      4
to leave us alone so we can work. He's
taking all my timr
1d  Reply
Liked by creator

 golden_years_52  ▸  jeri_prismatistpriestx
Oh sorry I meant his church page.
none of our church vids he had are up
today. idk his name nor do I care.
1d  Reply

  Add comment...            



10:09

181 comments

 **toknassty2me**
I'm sorry this is happening. As a huge fan of
Star Wars, this makes me upset. Disney
should sue them for copyright
infringement...

1d  Reply

Liked by creator

♡ 6

 **sylleemage**
where do people get the time to do all this?


1d  Reply

♡ 11

 **jeri_prismatistpriestx**
My point exactly

1d  Reply

♡ 1

Hide ⌃

 **sd14810**
if you find yourself needing to leave quickly
because of this, feel free to reach out to me
if you feel safe enough to do so, I'm willing
to help

1d  Reply

♡ 12

 Add comment...     



10:09

**181 comments**                                    ✕

 wildfiresmile · Creator                    ♡
      The police tell me if he doesn't stop it's    31
      a felony stalking charge. So hopefully
      he will stop soon now that they've
      spoken to him.
      1d  Reply

 sd14810 ▸ wildfiresmile                    ♡
      I hope it will stop, but also with the         2
      information about domestic issues be
      careful on that side too, you never now
      what someone with that mindset
      1d  Reply

 sd14810 ▸ sd14810                          ♡
      will do.... hoping you are all safe     1

      1d  Reply

 wildfiresmile ▸ sd14810                   ♡
      My ex literally texted me because his          3
      name was put on TikTok. The ex that
      put a tracker on my car and SA'd our
      child.
      1d  Reply

   Add comment...            



**10:09**

**181 comments**                                    ✕



sd14810 ▸ wildfiresmile

be safe hun, my offer stands for you
and your family

1d   Reply

Liked by creator

                                                Hide ∧

maureenh924

I'm so sorry to hear this. We love your
content.

1d   Reply

Liked by creator

jenicricket

That's so sad. Please be safe. 🫂

1d   Reply

Liked by creator

thatoneblinddemon

I saw him pop up on my fyp about it. And I
was gonna say something to him, but
decided it was best to just ignore his
videos, for now.

1d   Reply

 Add comment...                      



**181 comments**                                    ✕

 **thatoneblinddemon**                    
I saw him pop up on my fyp about it. And I           5
was gonna say something to him, but
decided it was best to just ignore his
videos, for now.
1d   Reply

    **wildfiresmile · Creator**              
      You definitely should not engage. He's        15
      doxxing people.
      1d   Reply

    **thatoneblinddemon** ▸ **wildfiresmile**    ♡
      Thank you for the warning and the             1
      video about it. It's a good thing I went
      with my gut and just ignored his video.
      Hope everything works out with this
      1d   Reply
      Liked by creator

                                              Hide ∧

 **darbymars**                            
Stay safe and we love you                            5
1d   Reply
Liked by creator

  Add comment...            



10:10

181 comments                                                    ✕



**im_heaven1**
Stay safe. Love you.
1d   Reply
Liked by creator

♡
4

**lynlaw22**
Please stay safe. No one here wants
anything to happen to you or your family.
🩶
1d   Reply
Liked by creator

♡
4

**planetfamilia**
Yup, I got message on a stitch for why I
joined the church. A number of messages. I
told him it felt very preachy and off.
1d   Reply

♡
4

**wildfiresmile · Creator**
He harasses anyone who duets or
mentions the church. All day, everyday.
1d   Reply

♡
4

**lina.d79**
 please be careful

♡
3

Add comment...                            



10:10

**181 comments**    ✕



**summhea3**
Stay safe and strong. We're all behind you.
1d  Reply
Liked by creator
♡ 3

**santamuerte_gurl**
As one of your newest members, be safe! If you need anything at all, my husband and I are in Tulsa and are at your disposal. 🥰
1d  Reply
♡ 3

**punkzoo**
Well I think you are awesome and had a brilliant idea.
1d  Reply
Liked by creator
♡ 2

**sonjahensley**
Stay safe kiddo. 🤍
1d  Reply
♡ 2

**kim_vanderhoek**
Is there anything we can do to help support you?
1d  Reply
♡ 2

 Add comment...      



**10:10**

181 comments  ✕



wildfiresmile · Creator  ♡ 10
Yes. If you see doxxing of me, my kids,
my address, save and send to fbi.gov/
tips. It's illegal.
1d   Reply

stevimmusic ▶ wildfiresmile  ♡
Will do!
21h   Reply

Hide ⌃


autistic_rebel  ♡ 2
Please stay safe!
1d   Reply

asulpizio  ♡ 2
Omg stay safe!!
1d   Reply

blessthismess78  ♡ 2
I'm curious about the red flags on the
resume. everything sounded fine.
1d   Reply

wildfiresmile · Creator  ♡
For me the red flag was he was hyper

Add comment...     



10:10

**181 comments**                              ✕

 wildfiresmile · Creator                    ♡
For me the red flag was he was hyper          1
fixated on me "boosting his pages" and
was damn right mean about it. I told
him we had to vet before we could.
1d  Reply

 smalltownsolonei ▸ wildfiresmile          ♡ 
it was the overconfidence of "i will be a     1
great resource for you" he just wants a
cult.
20h  Reply

 benny_bt92                                ♡ 
the biggest is that he claims to have a       3
LGBTQIA+ affirming church that also is
a Jedi religion when repression is the
way of the Jedi, imo
1d  Reply

                                    Hide ⌃

 bellarosesmom                             ♡
I'm so sorry this is happening to you & the   2
other creators!
1d  Reply

  Add comment...          



10:10

181 comments      ✕

 **commanderscotty**
He's not even the Temple of the Jedi,
which is the most popular Jedi church.
1d  Reply
Liked by creator
 2

 **robertmmccallum**
you and your kids are welcome in Seattle
ANY time. if you want to come, I'll even
help you guys find an appartment and a
safe place for your kids to b
1d  Reply
 2

 **bossyann48**
Wow, That's so not cool. I pray you all stay
safe and the police get this taken care of.
1d  Reply
 2

 **greeneyedwink**
I'm so so sorry you have to go through
something like that.
1d  Reply
 2

 **shamarr41**
Oops he tried it 😂😂😂 Bye man Prayers


 Add comment...       



10:10

**181 comments** ✕



shamarr41
Oops he tried it 😂😂😂 Bye man Prayers 🙏 be safe love 🧣
1d  Reply
♡ 1

fat_girl_dancing
i appreciate you so much. please let me know if theres ANYTHING i can do to help
1d  Reply
♡ 1

ratwitch666
oh gosh, I hope yall are ok.
1d  Reply
♡ 1

angela.boymom
Stay safe 🖤
1d  Reply
♡ 1

maryellen.rousseau
Thanks
1d  Reply
♡ 1

airecalutz5
Ur amazing
1d  Reply
♡ 1

 Add comment...      



10:10

181 comments

**sweetlimecreations**
Please stay safe!! 🐻
1d  Reply
1

**maryfortunatokarpinski**
Stitch this this to the great longgdini he will help you
1d  Reply
1

**moonnrae**
I'm so sorry that this is happening...
1d  Reply
1

**applegroove77**
sounds more like Sith behavior.... oh anakin don't you know how your story goes by now???? 😂
1d  Reply
1

**_sophieuchiha**
@_dr_panda_ just to show that what that person was saying was straight up lies and might've been this guy
1d  Reply
1

 Add comment...     



10:10

181 comments                          ✕

notnow223386
You are amazing and I am so proud to be a part of the church!
1d  Reply                                    ♡ 1

celiastogner
@thatdaneshguy can you help?
1d  Reply                                    ♡ 1

modena_breathes
now what?
35m  Reply                                   ♡

arizonaangel2001
Be safe! You have to protect yourself and your family above all else. Blessed Be
14h  Reply                                   ♡


Sent  🖤

seffy_draws
I'm so sorry this is happening, I hope you guys stay safe
21h  Reply                                   ♡

Add comment...              @  🎁  🙂



10:10

**181 comments**

seffy_draws
I'm so sorry this is happening, I hope you guys stay safe
21h   Reply

frankdelgrosso0
that I like the approach and methodology the cause I agree with just not so sure about the methods
21h   Reply

donnawilson0411
I'm so sorry your in this position if I see anything I'll report stay safe as you can
23h   Reply

moondawntrader
I'm sorry you are going through this. Stay strong. You have my support 100%.
1d   Reply

lord_severus_loki
@tylerursamines I think you should see …
1d   Reply

tylerursamines

Add comment…



10:11

**181 comments**   ✕

 tylerursamines                                      ♡
Thank you for the tag. This is all very                2
concerning. I do not condone
harassment or abuse. I will be
watching, from a distance.
1d   Reply

Hide ∧

 frankdelgrosso0                                      ♡
I'm aware of the Jewish ethnicity I think I
said that in an earlier comment
21h   Reply

 frankdelgrosso0                                      ♡
I was in fact Christian by birth but if I no
longer believed that I'm not a Christian
23h   Reply

View replies (1) ∨

 frankdelgrosso0                                      ♡
I'm a little bit confused how are you Jewish
and an atheist. I feel like there's a
contradiction there
1d   Reply

 Add comment...            



10:11

**181 comments**                                                    ✕

 wildfiresmile · Creator                          ♡
I'm Jewish by birth, I'm not practicing                              4
Judaism. 🩶
1d   Reply

View replies (33) ⌄

 lisa.pollard21                                   ♡
I'm so sorry. please stay safe                                      15
1d   Reply

 wildfiresmile · Creator                         ♡
You guys stay safe too. Anyone who                                 14
calls him out he goes after. Calls you
spies and paid off. It's wild and
dangerous.
1d   Reply

 jeri_prismatistpriestx                          ♡
I was on the phone call in question. He                             9
snipped together her words to make it
seem like she said something else
1d   Reply
Liked by creator

View replies (1) ⌄

 Add comment...            @   🎁   ☺



10:11

**181 comments**   ✕



jeri_prismatistpriestx
I was on the phone call in question. He snipped together her words to make it seem like she said something else
1d  Reply
Liked by creator
♡ 9

    jeri_prismatistpriestx
    Also he doxxed me and other board members. I've been dealing with this for like a week. He's dangerous.
    1d  Reply
    Liked by creator
♡ 8

Hide ⌃

bobble.fish
this isn't even the main Jedi church. sounds like he stole from others from the beginning
1d  Reply
♡ 3

ptcglass
Ugh I'm sorry you are dealing with this bs
1d  Reply
♡ 2

 Add comment...     



10:11

**181 comments**                    ✕

**mustache_andrea**
This might sound dumb, but how do I
become part of this religion?
1d   Reply

View replies (1) ⌄

♡
2

**rebeccaspratling**
Wtf? 😳 This is scary.
1d   Reply

♡
2

**valkyrianscry**
That's terrible I'm so sorry
1d   Reply

♡
1

**keto_ellie37**
it's stops being a troll when they get
dangerous. this is horrible! I wish you
everything needed to get through this
safely. 🖤 & 🤞
20h   Reply

♡
1

**sromain1970**
😬 lame
1d   Reply

♡
1

  Add comment...          



**181 comments** ✕

**awitchydream** ♡
He's mad that your religion is doing better than his religion and he's very butthurt about it
1h   Reply

**smashinpunkin** ♡
Textbook toxic masculinity. 😬
9h   Reply

**xtine1322** ♡
That's scary Those are some Scientology tactics
22h   Reply

**angelicmudkipz** ♡
He made a comment on my mental health vid and I compared him to a Christian who doesn't know no and he suddenly vanished 😅
1d   Reply
Liked by creator

**jeri_prismatistpriestx** ♡
I'm so sorry. That isn't okay. I hope you

Add comment...   @ 🎁 ☺



10:11

**181 comments**   ✕

jeri_prismatistpriestx
I'm so sorry. That isn't okay. I hope you are okay
1d   Reply

♡ 1

Hide ∧

bethanydesign
he sounds dangerous. legitimately.
1d   Reply
Liked by creator

♡ 2

scarletfayqueen
Feed the trolls to Florida gators!
1d   Reply

♡ 2

grandma_boomer77
Evidently he's not quite right in my mind. 
1d   Reply

♡ 2

machellelsimpson1
sue the shit out of him
1d   Reply
Liked by creator

♡ 2

Add comment...     @ 🎁 ☺



**181 comments**                                        ✕



**mdrosado**
OMG! This guy reached out to me in yt I
thought it was a joke at 1st and then I saw
the red flags 🧐 a troll indeed! So sorry he
went that far ☹️
1d  Reply
♡ 2

**smilingpolitely11**
I'm sorry this happened/is happening. He
sounds awful. 😣
1d  Reply
♡ 1

**starlight.omalley**
I block block block anyone that is remotely
troll-y 😈
1d  Reply
♡ 1

**peggyruegg**
Shameful on him
1d  Reply
♡ 1

**dobermandaddy1**
I saw him and followed him because he
said copl, do you need me to report him
23h  Reply
♡ 1

Add comment...                      



10:11

**181 comments**                                    ✕



**chronicallyweird**                                 ♡
he's STILL on his bs?! GAH!!! I'm so sorry            1
this is happening to you.
1d   Reply

**poly_n8**                                          ♡
Unbelievable. Good luck. Stay safe. Hope
this guy gets knocked out legally.
20h   Reply

**novarot**                                          ♡
People like that are terrifying and of no
help to ANY community
21h   Reply

**cons_and_nons**                                    ♡
I am so sorry this is happening. As a mental
health patient myself I can say that this
person needs outside intervention before
he does more harm.
23h   Reply

**benny_bt92**                                       ♡
yikes. hope he gets the help he clearly
needs.

Add comment...                



181 comments                                                              ✕

**thecatwizard22**
This guy really had nothing but time on his
hands. Pretty sad
1d  Reply

View replies (2) ⌄

♡
3

**doodlemomoftwo**
Sending you love. Stay safe 🤍
1d  Reply

♡
1

**peace.rt**
So sorry to hear. 😿
18h  Reply

♡

**pnwrealestatelady**
Keeping a watch out!
23h  Reply

♡

**nevermore624**
praying for your safety
1d  Reply

♡

**jasonld206**
I'm sorry you're dealing with this.
1d  Reply

♡

Add comment...                              @    🎁    ☺



10:11

181 comments

**dianekidawa**
I swear people are forgetting how to human
1d  Reply

**ms.nonbinary**
I hope this issue gets resolved soon, this person has no right to be harming you this way!! giving you the best of luck!!!!
1d  Reply

**iamwrenbird**
wtf
1d  Reply

**aliciaschwader**
Haters gonna hate
1d  Reply

**novice_prepper**
Haters gonna hate
1d  Reply

**ravenhawk556**
I don't know why people have to be like

Add comment...



10:11

**181 comments** ✕

**ravenhawk556**
I don't know why people have to be like
this.
I hope you all stay safe, and that this
person finally stops their harassment.
🖤🖤
1d  Reply                                                          ♡ 1

**hbellstl**
**@The Great LonDini**
1d  Reply                                                          ♡ 2
Liked by creator

**thehonestequestrian**
**@TizzyEnt**
1d  Reply                                                          ♡ 1

   **wildfiresmile · Creator**
   He knows, I spoke with him today. 🙈                   ♡ 6
   1d  Reply

   **itsallverycherry** ▸ wildfiresmile
   That's super awesome! 🙈 I loooove                      ♡
   TizzyEnt!
   11h  Reply

Add comment...                              @  🎁  ☺



10:12

181 comments ✕

hbellstl
@thegreatlondini.com
1d  Reply

donnapierce0
@akcrucial
2h  Reply

magicspellsmiracle_
I see some vibes around you on your love
life and future can you mesaage me for
reading xx  my lovely
Angel
14h  Reply

wildfiresmile · Creator
Because I am seeking protection legally I
can't discuss certain things but we are
handling this through law enforcement and
the legal system
1d  Reply

blondetdbear6
He changed his page name to our

Add comment...                



10:12

**181 comments**   ✕

 **wildfiresmile · Creator**
Because I am seeking protection legally I
can't discuss certain things but we are
handling this through law enforcement and
the legal system

1d  Reply                                   ♡
                                            121

 **blondetdbear6**
He changed his page name to our
church name too so his pops up when
you search ours. 

1d  Reply                                   ♡
                                            1

 **mustache_andrea**
Good. This guy seems like a loose
cannon

1d  Reply                                   ♡
                                            7
Liked by creator

                                    Hide ⌃

 **sylviamizi93**
Honestly, what's the problem? Have you
ever heard of Christian sects? They steal
each other ideas with small tweaks all the
time                                        ♡

 Add comment...      



10:12

181 comments                                              ✕

 sylviamizi93                                        
So even if anyone were to "steal" some
ideas from someone else... What's the
big deal? Just move on and be happy
that there's more like minded ppl.
1d   Reply

 sylviamizi93 ▸ sylviamizi93                      
Also Jedi and Star Wars themed church
is basically ASKING for a cease and
desist letter from Disney. 🚀
1d   Reply

                                                      Hide ⌃

 ginamp2                                          
The star wars themed church wasnt a a big            9
enough red flag?
1d   Reply

 wildfiresmile · Creator                          
He's been reported to Disney as well               13
since he's illegally profiting off their
intellectual property and trademarks
1d   Reply

   Add comment...                      



**10:12**

---

181 comments     ✕

1d  Reply

wildfiresmile · Creator

He's been reported to Disney as well since he's illegally profiting off their intellectual property and trademarks

♡ 13

1d  Reply

benny_bt92 ▸ wildfiresmile

at least they have the resources to deal with it legally. I don't usually support large corporations taking down fan works, but this is very different

♡ 1

1d  Reply

itsallverycherry ▸ benny_bt92

100% different

♡

11h  Reply

Hide ⌃

maureenh924

Don't let this horrid person get under your skin. He sounds like an unstable liar.

♡ 3

1d  Reply

Liked by creator

Add comment...     @ 🎁 ☺



10:12

**181 comments**                                    ✕

Hide ⌃

**maureenh924**
Don't let this horrid person get under your
skin. He sounds like an unstable liar.                    ♡
1d  Reply                                                3
Liked by creator

**jeri_prismatistpriestx**
He's dangerois                                           ♡
1d  Reply                                                1

**jeri_prismatistpriestx** ▸ **jeri_prismatistpr...**
Sigh. Typo dangerous                                     ♡
1d  Reply                                                1

Hide ⌃

**m.o.o.n.z.e.l.d.a**
#allmen                                                  ♡
1d  Reply

**0hashibirainosuke0**
That's horrible! Hope the situation gets                 ♡
better 🩶                                                 12
1d  Reply

Add comment...                        @   🎁   ☺



10:12

**181 comments**   ✕

Don't let this horrid person get under your skin. He sounds like an unstable liar.
1d  Reply

Liked by creator

jeri_prismatistpriestx
He's dangerois
1d  Reply

jeri_prismatistpriestx ▸ jeri_prismatistpr...
Sigh. Typo dangerous
1d  Reply

Hide ⌃

m.o.o.n.z.e.l.d.a
#allmen
1d  Reply

0hashibirainosuke0
That's horrible! Hope the situation gets better 🩶
1d  Reply

wildfiresmile · Creator
The police and our attorney is on it.
1d  Reply

Add comment...   @  🎁  ☺



10:12

**Please watch this. Protect yourself.**

**21 comments**                                        ✕

 tabbygcat

I'll be doing some googling... but what is doxxing? I'm worried bc idk what to look for.

19h  Reply

View replies (9) ⌄

 awitchydream

it's so stupid for ppl to be like this idea is stolen when it's just working within the law anybody can create their own religion

2h  Reply

 maddmatt61

following. peace to you all.

1d  Reply

 insecure_lenox

this is so scary. stay safe guys!!

20h  Reply

 lord_severus_loki

@tylerursamines

1d  Reply

Add comment...                    @  🎁  ☺



**10:12**

Please watch this.
Protect yourself.

---

**21 comments** ✕

19h   Reply

 sfcitygirl415   

crazy ppl can be. there are ways to
protect yourself but ot all depends how
you 😌 it important to not put to much
about yourself on social media if

18h   Reply

 sfcitygirl415   

media as advance as it is today it is
much easier to do this as well as it is
much easier to find ppls information
because ppl do not think about how

18h   Reply

 sfcitygirl415   

then know where you live or call you.
this is something that comes from back
when yahoo chat rooms were around.
it's not a new thing but with social

18h   Reply

View more (6) ⌄                          Hide ⌃

 awitchydream   

it's so stupid for ppl to be like this idea is

 Add comment...            



Please watch this.
Protect yourself.

10:13

**21 comments**                                      ✕

18h  Reply

sfcitygirl415                                          ♡
                                                        1
you do not want ppl to find you. ppl
can also find your family btw. you can
look up way to clean up your social
media foot print 👍👋 😌

18h  Reply

tabbygcat ▸ sfcitygirl415                              ♡
                                                        1
thank you so much!!

17h  Reply

sfcitygirl415 ▸ tabbygcat                              ♡

you're welcome 😊 make sure if you
have kids to also check out what they
are doing as well. if they have there
location set on apps and things like

15h  Reply

sfcitygirl415 ▸ tabbygcat                              ♡
                                                        1
that because that is an easy way for
ppl to track you and find you in general
😌

15h  Reply

tabbygcat ▸ sfcitygirl415                              ♡

thank vou!!!!

Add comment...                      





**Please watch this.**
**Protect yourself.**

10:13

21 comments                                    ✕

**tabbygcat** ▸ sfcitygirl415                    ♡

thank you!!!!

15h   Reply

**sfcitygirl415**                                ♡
                                                 2
it's when someone puts all of your
information in a tiktok or ig or fb post
public like your name address phone
number for anyone to fine so ppl can

18h   Reply

                                        Hide ⌃

**awitchydream**                                 ♡

it's so stupid for ppl to be like this idea is
stolen when it's just working within the law
anybody can create their own religion

2h   Reply

**maddmatt61**                                   ♡

following. peace to you all.

1d   Reply

**insecure_lenox**                               ♡

this is so scary. stay safe guys!!

20h   Reply

Add comment...              @   🎁   ☺



**10:13**

Please watch this.
Protect yourself.

21 comments



**lord_severus_loki**
@tylerursamines
1d  Reply

> **tylerursamines**
> 🙏
> 1d  Reply

Hide ⌃

**sfcitygirl415**
sounds like the guy has mental health problems and needs help next time research these ppl before you contact them especially
1d  Reply
3

View replies (1) ⌄

**moonsugargirl**
You really should have talked to Tiffany first and gotten the whole story before publicly bashing her.
15h  Reply
2

> **wildfiresmile · Creator**

  Add comment...     



**21 comments**   ✕


1d  Reply

Hide ⌃

 **sfcitygirl415**
sounds like the guy has mental health problems and needs help next time research these ppl before you contact them especially
1d  Reply

View replies (1) ⌄

 **moonsugargirl**
You really should have talked to Tiffany first and gotten the whole story before publicly bashing her.
15h  Reply

 **wildfiresmile** · Creator
It's not her fault. She's kind and trusting and those aren't flaws. The responsibility falls firmly with the guy
14h  Reply

 **moonsugargirl** ▸ wildfiresmile

 Add comment...       



10:13

Please watch this.
Protect yourself.

---

**21 comments**                                    ✕

and gotten the whole story before publicly
bashing her.

15h  Reply

 wildfiresmile · Creator                    ♡
It's not her fault. She's kind and            2
trusting and those aren't flaws. The
responsibility falls firmly with the guy

14h  Reply

 moonsugargirl ▸ wildfiresmile              ♡
No they aren't flaws. But we have a           3
responsibility to get the whole story
before making public declarations that
really hurt people.

14h  Reply

Liked by creator

 moonsugargirl ▸ wildfiresmile              ♡
I just want people to learn from this         3
that they need to be careful. I have
seen a lot of damage done on this app.

14h  Reply

Liked by creator

Hide ∧

     Add comment...            

**11:39**

Your account was permanently banned for violating our Community Guidelines. To appeal this decision, include a description of the issue below.

organization, trademarked the name, I sued Tiffany Wait for trademark infringement, she is retaliating by sending her 400,000 followers after me. She also has targeted me & told them to send me death threats.



0/4

∧  ∨                                    Done

I                Yea                Yep

Q  W  E  R  T  Y  U  I  O  P

A  S  D  F  G  H  J  K  L

⬆  Z  X  C  V  B  N  M  ⌫

123          space          return

12:17

## Account updates

**Your account logged in from a new device**: Your account logged in from device iPhone 13 on 05/22 17:13 UTC in Wisconsin. If this wasn't you, secure your account immediately. 4m

**Your appeal was reviewed**: Thank you for submitting your request.We reviewed your appeal and restored your account.We apologize for any inconvenience this may have caused. Thank you for being a part of the TikTok community! 27m

**Your account logged in from a new device**: Your account logged in from device iPhone 13 on 05/22 16:36 UTC in Wisconsin. If this wasn't you, secure your account immediately. 41m

**System notification**: Your account was permanently banned due to multiple violations of our Community Guidelines.We ask that all users follow our Community Guidelines to help us maintain a safe, respectful TikTok community. 1h

**System notification**: Repeated violations of our Community Guidelines could result in being temporarily blocked from some features or permanently banned from TikTok.We ask that all users follow our Community Guidelines to help us maintain a safe, respectful TikTok community. 7h

**System notification**: A video you posted on 2022-05-21 20:07 has been removed for violating our Community Guidelines. Please observe these guidelines to help us maintain a safe, respectful TikTok community. 7h

Your video appeal result: Thanks for your



7:38

Reply to submissive_witch96's comment

**Please do what you can to support religious organizations such as the @wildfirepriestess and @thesatanictemplehq as they fight for religious**

**Comments 39**    Likes 84    ✕

**nomnomchrunch**
I beloved you till she showed receipts of you trying to docs her.
3m   Share   Reply

**pinupcowboy · Creator**
She didn't show receipts of that because I never did that nor would I. Also I've seen her videos & non show anything of the sort, just her lying.
1s ago   Reply

**tesahuber**
⚑ Pinned   you are not helping support gay and trans rights by tearing down someone who has sucessfully gotten members. They are tax exempt, any $ used to help
5-18   Share   Reply

**pinupcowboy ▸ tesahuber**
#greenscreen #fyp #foryoupage #churchofprismaticlight #prismaticlightchurch #transrights #lgbt #djediorder #transperancy

Add comment...   @   ☺



9:56

**39 comments** ✕

 **grumpymalewitch**
What a mess.... Don't know much just seen a post or two...
5-20   Share   Reply
Liked by creator

♡ 3

View replies (1) ⌄

**rubydanger**
Grateful for you supporting the church and informing us! Happy to be following you now also 
5-22   Share   Reply

♡ 1

**im_meeeeeeeeeh**
@sasfirekisses73
5-21   Share   Reply

♡ 1

**wildfirepriestess**
@Kayla Yanez
5d   Share   Reply

♡

**moonsfire62**
@thetranswitch
5-24   Share   Reply

♡

Add comment...   @  🎁  ☺



9:56

**39 comments**

Liked by creator


_witchin_around_
I freaking knew it
5-20   Share   Reply
Liked by creator

♡
5


itsallverycherry
Thank you for this! 🤍
5-21   Share   Reply

♡
2


lesbian_husband
Thank you for clearing everything up!
3d   Share   Reply

♡


aria_thealchemistsupreme
thank you for your support
5-29   Share   Reply

♡


jeri_prismatistpriestx
Merry Meet. Thank you so much for
everything. You have a great heart. 🫶
5-20   Share   Reply
Liked by creator

♡
10


Add comment...

  



9:56

**39 comments**    ✕

 itzyerboii

The Sith are still using your previous posts to spread slander against the Church of Prismatic Light.

5-21    Share    Reply

Liked by creator

♡
2

 submissive_witch96 · Creator

I can't get him to take it down 😅 he saved the video so he's just going to repost it. Please report it

5-21    Share    Reply

♡
6

View replies (4) ⌄

 krystenruthless

wait wait wait ✋ so what he said isn't true????

5-20    Share    Reply

Liked by creator

♡
9

View replies (3) ⌄

 wizarddragon3

Blessed be to you for posting this 🖤

5-20    Share    Reply

Liked by creator

♡
6

 Add comment...    @ 🎁 ☺



9:57

**39 comments** ✕

I'm not even sure he has a brother, which is start of whole thing.

5-21 Share Reply

 im_meeeeeeeeeeh ▸ im_meeeeeeeeeeh ♡
apparently he is now claiming that he 1
is the actual homeless gay guy and not
what he originally sold me on about
doing this for his gay brother.

5-21 Share Reply

 im_meeeeeeeeeeh ▸ im_meeeeeeeeeeh ♡
he is even trying to take advantage of 1
another leader @nauticalnaticus under
that same guise.

5-21 Share Reply

 im_meeeeeeeeeeh ♡
You have a very good heart. Please 2
take into consideration all the evidence
we're bringing forth that shows how he
keeps lying.

5-20 Share Reply

Liked by creator

Hide ⌄

itzverboii ⌄

Add comment...   



9:57

39 comments   ✕

_sophieuchiha ▸ _sophieuchiha
...guts and anyone who supports the
CoPL. She claims Wildfire is a "straight
Christian" and she tokens POC to be
able to get more money to pocket.

5-21   Share   Reply

im_meeeeeeeeeeh ▸ _sophieuchiha
that would be because that's exactly
what Jedi Order Church has claimed.
😅 since she's his strongest supporter,
it's hard to get her to see the lies

5-21   Share   Reply

submissive_witch96 ▸ im_meeeeeeeee...
😅 I feel for her cause it is believable.
But the full picture is scary and trying
to withdraw from the situation is scary
too.

5-21   Share   Reply

im_meeeeeeeeeeh ▸ submissive_witch...
unfortunately, that's the true gimmick -
I'm not even sure he has a brother,
which is start of whole thing.

5-21   Share   Reply

 Add comment...     



9:57

39 comments ✕

@debraleebees no, her tag is greyed out because that video was removed. you're one of Jedi Order's strongest supporters. I tagged you in mine too.

5-20   Share   Reply

Liked by creator

 im_meeeeeeeeeeh

oh and just an update - he removed that video

5-21   Share   Reply

 _sophieuchiha

that Debra person has been going around to MULTIPLE of my friends pages speaking mass misinformation and hate, legit saying she hates Wildfire's...

5-21   Share   Reply

 _sophieuchiha ▸ _sophieuchiha

...guts and anyone who supports the CoPL. She claims Wildfire is a "straight Christian" and she tokens POC to be able to get more money to pocket.

5-21   Share   Reply

Add comment...



9:57

**39 comments**                                                    ✕

 sterk_acres                                    ♡
Thank you friend for sharing this I saw your            6
other post and immediately felt like
something was not right with the evidence
given. Stay safe love.

5-20    Share    Reply

Liked by creator

 submissive_witch96 · Creator                  ♡
he was presenting what he wanted to          10
to get support. I'm glad I spoke with
**@wildfiresmile** and a lot was
discovered, but with that discovery
came a

5-20    Share    Reply

View replies (1) ⌄

 im_meeeeeeeeeh                                 ♡
**@debraleebee3** no, her tag is greyed out         2
because that video was removed. you're
one of Jedi Order's strongest supporters. I
tagged you in mine too.

5-20    Share    Reply

Liked by creator

 Add comment...              



9:57

**39 comments**                    ✕

Liked by creator

View replies (3) ⌄

 sterk_acres

Thank you friend for sharing this I saw your other post and immediately felt like something was not right with the evidence given. Stay safe love.

5-20   Share   Reply

Liked by creator

 6

 submissive_witch96 · Creator

he was presenting what he wanted to to get support. I'm glad I spoke with @wildfiresmile and a lot was discovered, but with that discovery came a

5-20   Share   Reply

 10

submissive_witch96 ▸ submissive_witc...

scary visual of what was actually going on.

5-20   Share   Reply

9

Hide ⌃

 Add comment...        



9:57

39 comments                                                    ✕

 wildfirepriestess                                              ♡
📌 Pinned   Thank you so much. I'm so sorry          25
you got dragged in but I'm blessed to have
you as a friend. Thanks for protecting the
community

5-20    Share    Reply
Liked by creator

  flowersandskulls                                           ♡
  I apologize for sharing his information.            1
  5-20    Share    Reply

  wildfiresmile ▸ flowersandskulls                     ♡
  Nothing to apologize for. Being                     7
  compassionate and kind and trusting is
  not a flaw. You didn't know. This is on
  him.
  5-20    Share    Reply

  flowersandskulls ▸ wildfiresmile                    ♡
  Blessed be 🧿🧿🧿🧿                                  2
  5-20    Share    Reply

                                            Hide ⌄

 sterk_acres                                              ♡
Thank you friend for sharing this I saw your

 Add comment...              @   🎁   ☺

3:33      .ıl LTE 🔋

Done     🔒 drive.google.com     AA ↻

📄 Statement Re Holloway.pdf    ⋮    Sign In



*Official Statement of the Church of Prismatic Light*

*The Church of Prismatic Light makes the following official statement with respect to the recent news of Tiffany Holloway. On Sunday, June 19th an emergency board meeting was held regarding some unbecoming behavior on both parts of the co-founders. The original purpose of the board meeting was to have a formal conflict resolution to these instances of behavior. After the conflict resolution meeting was finalized. A large congregation of the church requested a chance to speak to all board members, in this meeting several members of the church brought forth serious accusations in terms of Tiffany Holloways character behavior, her inability to manage funds in the proper manner, her inability to provide transparency and truth, and her activities during her service as the founder of the Church of Prismatic Light. While personal life is important, it is never recommended that personal and business matters mix due to the perceived notion of behavior. After reading the list of complaints as addressed, the letter went on to request Tiffany Holloways resignation. After the statement was read, Tyler Tobyne the Church's Business Manager at the time addressed the accusations of mismanagement of funds on behalf of the church, however, did not confirm nor deny Holloways mismanagement of church funds (or attempt thereof). Afterwards an open dialogue was had in terms of what Holloway could possibly do to stay in her leadership role, where she openly addressed the members of the congregation by stating that "If I leave, members will follow me" as well as inflammatory statements such as "I didn't sign a non-compete, so I will start a new church that will compete with this one". At that time, Board Secretary Ida Hamilton informed Holloway that it would be in her best interest to not further address the controversy. At this time, an official motion was made by Ida Hamilton asking for any board member who would like to make a motion to pose a Vote of No Confidence. Jeri Clark Made the motion with Ida Hamilton seconding the motion. At this time, the vote of No-Confidence was held in which Jeri Clark voted Aye, Rae Rivas voted Nay, and Ida Hamilton voted Aye. At this moment the vote of no-confidence was upheld. At this time, Tiffany Holloway requested that she be allowed to "gracefully" step down stating that she would be focusing on her children and on political matters. Jeri Clark openly accepted Holloways request and the meeting was then closed. Proceeding this meeting there has been a slew of information and concerns about the facts. The Church of Prismatic Light releases the following information as factual based on the events that occurred.*

- *The Trip to New York City was originally identified as a publicity trip meeting with Good Morning America. When that trip was cancelled Holloway stated she was creating a fundraiser where funding would be split with elevated access and The Church of Prismatic Light would receive donations from an identified show The Church. Is unable to verify that the plans around the fundraiser were official or truthful. The Church did not split any proceeds with Elevated Access and have yet to receive any request of Such. The Church did not receive any funds from any alleged show*

- *Tiffany Holloways Behavior while not illegal was unbecoming of the head of a church. Being a leader of a large public nonprofit is not easy, you must sacrifice personal life and personal privacy to ensure that you are representing the church you lead in a good light. While nothing about Holloways Behavior was illegal it was extremely upsetting to members of the congregation.*

Page   1   /   2

- *Tiffany Holloway was in fact banned from the church discord on Saturday at 2:45 p.m. This was a move that was authorized by the Church Co-Founder Jeri Clark upon requests from multiple moderators of the discord and was a poor attempt to silence the swirling emotions that were at*

‹    ›      ⬆️      ⊘

3:33     •ıll LTE ▭

Done    🔒 drive.google.com    AА ↻

PDF Statement Re Holloway.pdf    Sign In

- The Trip to New York City was originally identified as a publicity trip meeting with Good Morning America. When that trip was cancelled Holloway stated she was creating a fu... ...and The Church of Prismatic Light w... receive donations from all that of the Church, is unable to verify that the plan... the Fundraiser were official or truthful. The Church did not split any proceeds with Ele... Access and have yet to receive any request of Such. The Church did not receive any funds from any alleged show.

- Tiffany Holloways Behavior while not illegal was unbecoming of the head of a church. Being a leader of a large public nonprofit is not easy, you must sacrifice personal life and personal privacy to ensure that you are representing the church you lead in a good light. While nothing about Holloways Behavior was illegal it was extremely upsetting to members of the congregation.

- Tiffany Holloway was in fact banned from the church discord on Saturday at 2:45 p.m. This was a move that was authorized by the Church Co-Founder Jeri Clark per requests from multiple moderators of the discord and was a poor attempt to silence the swirling emotions that were at the time rampant. This led to the emergency board meeting later that evening in which conflict resolution was held.

- There were in fact system errors with the auto moderation bot deleting messages from channels, which contributed to the confusion stated by staff.

- Staff were unaware as to why Tiffany was banned, and as such with little to no direction assumed that this was due to a bot glitch. While they were just trying to assist in providing some sort of information, it was misinformation none the less and communication procedures have been put in place to ensure all staff are aware of large situations.

- Tiffany Holloway did attempt to charge two personal trips to the Church business account and was successful in one trip being charged. Those trips were personal in nature; however, Tiffany Holloway defrauded the Business Operations office by claiming these trips as "work related"

- Tiffany Holloway has incited numerous stories, statements, and conversations stated partial or hand-picked statements of fact to paint herself in a more polished light. While The Church wishes Tiffany Holloway the best, it is important to ensure that the whole story is released.

- The church under new leadership will continue to advance the mission of the church to ensure Our LGBTQIA+ focused religion values the true self of all individuals.

- Procedures have been put in place to accurately handle all business matters with The Board Secretary being responsible for all Legal matters, The Chief Operations Officer being responsible for all operations of the church, and the Founder/Board Chair being responsible for the community engagement, advocacy, and presence of the church.

While there are additional factors that have been discussed The Church will not address any additional factors or statements. These are the facts of record as to the resignation of Tiffany Holloway and while the church admits its part in handling the situation poorly, the church has installed capable and confident leaders in their fields of expertise to lead and hold each other accountable. It is the church's desire to move forward from this situation and continue to serve the congregation in the best way forward with Love, Light, Truth, and Accountability. The Church will be revealing its reorganized structure come Friday at a Town Hall. Once this structure is released opinion and feedback will be solicited until Monday June 27th End of Business, with the reorganization beginning Tuesday, June 28th. In addition, the installation of a Transparency Team has been established which will be involved in the hiring of any cabinet level or board level position, as well as sitting as a guest to all board meetings. All social media accounts have been paused pending this reorganization to ensure consistent messaging. All social medias will be reopened and live after the installment of a new Chief Communications Officer.

Page   2   /   2

‹    ›     ⬆     ◉

 **If the Church of Prismatic Light Silen...**
u/PriestessPrismaticLt in r/prismsticlightrefuge...

 Hmm, no internet?   

member has been cruel to me and others
who even just have questions. That is a

Read more

 **PriestessPrismaticLt** 🐾 · 3h
April 30th 2022. And here's the thing; no
one cares. The church is pretty much over.
Tiffany isn't with the church anymore which
means most of the members are gone. Jeri
is running things and she has maybe 3,000
members on social media and a good
portion of the people who signed up to be
official members left too.  The church
financial statements are public.  They have
about $12,000.00. With Tiffany gone they
won't be making any money. You're suing
because you want fame - there is no
audience or membership to make you
famous. You're suing because you want
money - there is no money.

 **PriestessPrismaticLt** 🐾 · 3h
You keep showing documents you have
filed. Where are the judgements in your
favor? Where is the approved copy-write if
you filed it two years ago you should have
been approved by now. Where are the
videos of Tiffany saying bad things about
you right from her own mouth? Where are
the screenshots of her threatening you?
When has she been cruel? I see the videos
of you bad mouthing her and the church. I
see the lawsuit and the copy-write you filed
after the church started.

Send message

## Spencer, Heru v. The Church of Prismatic Light et al

| **Wisconsin Western District Court** | | **Case Filed:** | May 09, 2022 |
|---|---|---|---|
| Judge: | William M Conley | | |
| Referred: | Stephen L Crocker | | |
| Case #: | 3:22-cv-00257 | | |
| Nature of Suit | 840 Property Rights - Trademark | | |
| Cause | 15:44 Trademark Infringement | | |

Docket    Parties (6)

Docket last updated: 07/01/2022 11:58 PM CDT

### Thursday, June 16, 2022

**14** [icons] [motion] [Summons Reissued] [Thu 06/16 4:02 PM]

Summonses Reissued as to Defendants The Church of Prismatic Light, et al. Forwarded to the U.S. Marshals for service. (jef),(jss)

    Att: 1 [icon] Summons as to Tiffany Walt,

    Att: 2 [icon] Summons as to Katrina Rose Wolff,

    Att: 3 [icon] Summons as to Jeri Clark,

    Att: 4 [icon] Summons as to Ida Hamilton

### Tuesday, June 14, 2022

**13** [icons] [Filing] [order] [Order Hald in Screened Matters] [Tue 06/14 2:13 PM]

ORDER that plaintiff Heru Spencer's renewed motion for a temporary restraining order (dkt. #9 ) is DENIED. Defendants may still have twenty-one days from the date of service to respond to plaintiff's motions for a preliminary injunction (dkt. ##4 ,6 ) as they relate to his pre-screened trademark claims, but the remainder of those motions are DENIED IN PART WITHOUT PREJUDICE to renewal to the extent based on non-trademark claims, including slander, defamation or threats. The clerk's office shall again prepare appropriate summons and the U.S. Marshal Service shall attempt diligently service upon defendants. Further filings not plainly relating to the screened and approved trademark claims will be deemed MOOT unless and until approved to go forward by this court. Signed by District Judge William M. Conley on 6/14/2022. (lam),(jss) (Additional attachment(s) added on 6/14/2022: #1 WIWD Procedure on Motions for Injunctive Relief) (lam)



4:22                    5G

r/prismsticlightrefugee                    **Join**
u/PriestessPrismaticLt · 10d

## If the Church of Prismatic Light Silenced You...

If anyone who was formerly with Church of Prismatic Light wants to post proof of the hostile takeover takeover or Tiffany's innocence let's talk here.

⬆ 5 ⬇        Live Chat        ↑ Share        🎁

Live Chat                                      ⌃



because you all lied and stole the church away from me, I'm suing because it's my legal right. Your fake version of the church I founded is gone. The reason I started the

Read more



**PriestessPrismaticLt** 🖋 · 18h
You're always talking about the millions you're going to make. You've never once brought up the principle. You're always creating new user names to get into their social media and discord to try and stir drama. No one pays attention to you so you have to try and create trouble. The world is on fire and no one cares about you're drama. Sue them. Idgaf. But if I were them, when the hearing is over, I'd sue you for libel, slander, defamation, harassment, and filing frivolous lawsuits. You're cruel, not them. I won't answer you again. You aren't worth my time.

Send message

3:21          .ıl 5G ▭

<    **Prismatic Light Church**   🔔   •••



@prismaticlightchurch

**126**    **3804**    **11.3K**
Following   Followers   Likes

Message    👤   📷   ▼

Prismatism: A new church for religious freedom,
self discovery, love & community

🔗 Linktr.ee/prismaticlightchurch

✉ Email

|||       🫶





3:21  .ıl 5G

< **Prismatic Light Church**  🔔  •••



@prismatic_light_church

| **150** | **219.0K** | **8654** |
|---|---|---|
| Following | Followers | Likes |

Message  ⚲  📷  ▼

A religion for LGTBT+ people & allies who want
religious freedom

🔗 Linktr.ee/prismaticlightchurch

✉ Email

|||  ♡

▶ Queer Animal Facts w/ Zoe

