Your honor,                                          Case#3:22-cv-00257

Answer to defendants opposition, and request for discovery of affiliation:

I appreciate your leniency as I am pro se.

1. As per 15 U.S. Code § 1125 – (1) (A) and (B)Tiffany Wait and board did falsely represent itself as the church of prismatic light when it had been established may 2020, to create confusion as to whom founded the church of prismatic light. I Heru Spencer also known as chris spencer did found the church and had meetings of church under the following names " the church of prismatic light, Djedi Order & out proud". Tiffany wait was present in one of these meetings & I have witnesses that can attest to this fact. With the evidence I have thus far provided, with videos and screenshots of conversations and the website it was tiffany and associates deliberate intention to use the trademarked name " the Church of prismatic light or "CLP" they used slander and defamation of me to try to dissuade the puplic for support. I have new evidence provided to me that tiktiok and the PR agency has worked with tiffany and associates to undermind the religious organization I founded.

2. I would request the court for discovery of affiliate organizations associated with Tiffany Wait and her associates. As per 15 U.S. Code § 1125 – (c) (1) I am asking the court for injunctive relief, The Djedi Order and (CPL) the church of prismatic light is already recognized as a 501 (c) (3) with the IRS as a federally recognized religious organization. And as such we are a national organization with members in every state, we have a trademark of the name in Oklahoma and soon will have the federal trademark. I will be submitting other evidence that the defendants also infringed on a copy write of mine as well.

3. Precedence of the importance of a religion and its trade mark was set by: <u>18-1159 - Supreme Court of the United States</u>  *our trademark is associated with our religion.* **The church of jesus christ of latter day saints verses Winston Blackmore, is another case that sets precedence for the injunction I am requesting.**

4. The church of jesus christ of latter day saints have had many organizations who have tried to use their trademark even before they established it federally and yet the trademark was granted to them as it was affiliated with their religion. The community of christ was once called the reformed church of jesus christ of latter day saints, and they had to change it as it was not created by familial decent but rather religious organization. Many of the church of jesus christ of latter day saints trademark cased reaffirm our religious organizations rights to our trademark and its validity.

5. Tiffany was a board member and benefited from use of funds before she was voted out of the organization and as the leader of the board she was able to distribute the sommons to other board members.

UCC 1-308  *[signature]*