# Jedi Tenets

1. Bodily autonomy: The right to bodily autonomy which is subject to your will alone.
2. Separation of church and state: It is our intrinsic duty to fight for the oppressed and stand against our oppressors when injustice is being done.
3. Balance the force: The innate worth and dignity of every individual.
4. Do no harm: All beings must act with compassion and empathy towards all living things.
5. Live free and let live free in return: The inherent right to affirming medical care medical decisions shall be at the discrepancy of the individual and their healthcare providers alone and shall not be infringed upon this includes gender affirming care, as well as medical reproductive care.
6. Self determination: The inherent right to discover and accept your true self and take the steps necessary to present that true self to the world.
7. By serving others you serve the higher self which is community.
8. Truth is infinite and needs no finite protection: Love is love and every person has an inherent right to consensual love including self love without discrimination.
9. Cause and effect: Be good to others, and good will come back to you.