1:08 •ııl 5G 🔋

Done   🔒 biz.sosmt.gov   AA   ↻

☰   Business ▼      🛒      Heru Spencer
                                Nipplefat

← **Djedi Order (D1155618)**                    ✕
  Domestic Non-Profit Corporation

| | |
|---|---|
| Filing Number | D1155618 |
| Entity Type | Domestic Non-Profit Corporation |
| Entity SubType | Religious Corporation with members |
| Status | Active-Good Standing |
| 501(c)3 Status | Yes |
| Formed In | Montana |
| Principal Address | 5 W MENDENHALL ST. SUITE 202 BOZEMAN, MT 59715 |
| Mailing Address | PO BOX 1376 BOZEMAN, MT 59771 |
| Registration Date | 05/04/2020 |
| AR Due Date | 04/15/2023 |
| Registered Agent | Noncommercial RA1274830 Thunder  Edric 3266 N 27TH AVE APT 306 BOZEMAN, MT  59718-3187 |

**Active ABNs & TMs**

- OUT PROUD (A1285783)
- THE CHURCH OF PRISMATIC LIGHT (A1285773)

