# THE CHURCH OF PRISMATIC LIGHT

MONDAY • 2 MAY 2020