

# The Church of Prismatic Light

| | |
|---|---|
| 12:00 nn | Formal Opening |
| 12:30 – 5:00 pm | **Music & Arts Festival**<br>*a variety of events throughout the day*<br><br>• A Message from Jedi<br>• Jedi Presentation<br>*Talk by Cole Sherwood<br>• Community Testimonials<br>• Gameplan Presentation<br><br>*\* Light refreshments will be available for the guests. They will also be given time to freely roam around the gathering.* |
| 7:00 pm | **Jedi Movie marathon**<br>1253 Student Dr APT 360<br>Bozeman MT |

1253 Student Dr APT 360
Bozeman MT