# The Church of Prismatic Light

## Tenets

Created: July 20, 2021 at 9:51 PM

You are encouraged to love your true self the purpose of this church is so the LGBTQ can come together as a community to celebrate our uniqueness and individuality. Our doctrine includes self acceptance and loving your neighbor.

Our rituals include gender affirmation and using the medical steps you need with your doctor and healthcare professional to be your true self.

We believe in intersectionality, we believe love is love and part of our religious doctrine is you should have the right to marry your chosen love.

1. The innate worth and dignity of every individual.
2. The inherent right to discover and accept your true self and take the steps necessary to present that true self to the world.
3. Love is love and every person has an inherent right to consensual love including self love without discrimination.
4. The right to bodily autonomy which is subject to your will alone.
5. All beings must act with compassion and empathy towards all living things.
6. the inherent right to affirming medical care medical decisions shall be at the discrepancy of the individual and their healthcare providers alone and shall not be infringed upon this includes gender affirming care, as well as medical reproductive care.
7. It is our intrinsic duty to fight for the oppressed and stand against our oppressors when injustice is being done.