# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TXu 2-321-805

**Effective Date of Registration:**
April 30, 2022
**Registration Decision Date:**
June 23, 2022

---

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title _____

**Title of Group:** Djedi Tenets and 1 Other Unpublished Works

**Content Title:** Djedi Tenets
General beliefs and doctrines

### Completion/Publication _____

**Year of Completion:** 2020

### Author _____

- **Author:** Heru Spencer
**Author Created:** Literary Works
**Citizen of:** United States
**Domiciled in:** United States

### Copyright Claimant _____

**Copyright Claimant:** Heru Spencer
PO BOX 1376, BOZEMAN, MT, 59771

### Rights and Permissions _____

**Organization Name:** DJEDI ORDER
**Name:** Heru Spencer
**Email:** morpheus3693@gmail.com
**Telephone:** (435)773-1593
**Address:** PO BOX 1376
201 valley drive
Bozeman, Montana 59771 United States