prismaticlightchurch.org

These are inalienable rights to every member of the faith. They are as follows:

The innate worth and dignity of every individual.

The inherent right to discover and accept one's true self and take the steps necessary to present that true self to the world.

Love is love, and every person has an inherent right to consensual love (including self love) without discrimination.

The inherent right to bodily autonomy which is subject to their will alone.

All beings must act with compassion and empathy towards all living things to the best of their ability.

The inherent right to receive affirming medical care. Medical decisions are at the discretion of the individual and their healthcare providers alone, and shall not be infringed upon. This includes gender affirming medical care and/or medical reproductive care.

It is our intrinsic duty to fight for the oppressed and to stand against our oppressors when injustice is being done.