12:56

# Chris heru spencer

Trademark & proof Tiffany stole my idea

**me**  Apr 27
to Tiffany

https://www.facebook.com/DjediOrder9/
https://www.instagram.com/jediorderchurch/
https://twitter.com/DjediOrder
Www.jeditemples.org ( website isn't done yet).

resume 221.pdf  PDF

34772220.pdf  PDF

**Tiffany Holloway**  May 4
to me

Hey man, saw that you uploaded our tenets to your website. Just letting you know they are copyrighted. One of the first things we did. Our logo and name are also trademarked. Going to give you a chance to fix it before we pursue legal action. Hope you do the right thing. Best of luck in your endeavors.

...

--



**The Church of Prismatic Light**

May love and light guide your path