

 

r/SatanicTemple_Reddit
u/iimylf • 26d

Join

## Press Release 1 MAY 2022 - Church of Prismatic Light ✨

News/Blog

https://prismaticlightchurch.org/2022/05/02/press-release-1-may-2022/

(resubmitting to align with moderator guidance)

hi neighbors 👋 as most of you are aware by now, there is great anticipation regarding current events in the realm of human rights and bodily autonomy. the church of prismatic light was created revolving around the idea of lgbt+ and transgender rights - you are encouraged to worship yourself and express your rights as a human, as you deserve.

if you found it interesting, we also have a pamphlet you can share around! this is located in the news releases.

may love and light guide you!

 34       14     Share

 BEST COMMENTS ∨     

Add a comment