OFFICE OF THE SECRETARY OF STATE



## CERTIFICATE OF TRADEMARK REGISTRATION

### THE CHURCH OF PRISMATIC LIGHT

REGISTRATION NO. 13146906   EXPIRES: June 22, 2032

**WHEREAS**, by virtue of its Application for Registration, such trademark has been filed in Class No. 101 and the good or services upon which the trademark is used are **RELIGIOUS, CHURCH , RELIGIOUS ORGANIZATION.**

**NOW THEREFORE, I**, the undersigned Secretary of State of the State of Oklahoma, by virtue of the powers vested in me by law, do hereby issue this Certificate to evidence such registration.

**IN TESTIMONY WHEREOF, I** hereunto set my hand and cause to be affixed the Great Seal of the State of Oklahoma.



Filed in the City of Oklahoma this 22nd day of June, 2022.

*Brian Bingman*

**Secretary Of State**