IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HERU SPENCER,

        Plaintiff,

v.

THE CHURCH OF PRISMATIC LIGHT, TIFFANY WAIT, KATRINA ROSE WOLFF, JERI CLARK, and IDA HAMILTON,

        Defendants,

PRELIMINARY INJUNCTION ORDER

22-cv-257-wmc

---

IT IS ORDERED that while this lawsuit is pending or upon further order of the court, defendant The Church of Prismatic Light must display at the bottom of its website homepage in bolded, normal typeface the following disclaimer: **"This church is not affiliated in any way with The Church of Prismatic Light founded in Montana."**

Entered this 24th day of October, 2022.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge